```
 1  Alan S. Wolf, Bar No. 94665
    Daniel K. Fujimoto, Bar No. 158575
 2  THE WOLF FIRM, A Law Corporation
    2955 Main Street, Second Floor
 3  Irvine, CA  92614
    (949) 720-9200
 4  Fax (949) 608-0128

 5  Attorneys for Movant
    Wells Fargo Bank, National Association, as trustee for the
 6  holders of the First Franklin Mortgage Loan Trust 2006-FF17
    Mortgage Pass-Through Certificates, Series 2006-FF17
 7

 8

 9                 UNITED STATES BANKRUPTCY COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11
     In Re:                                  )   CASE: 09-47016TM
12                                           )
     REYNALDO G. WENCESLAO and SHEILA M.     )   CHAPTER 7
13   WENCESLAO                               )
                                             )   REF.: ASW-616
14          Debtors.                         )
                                             )   MOTION FOR RELIEF FROM
15                                           )   THE AUTOMATIC STAY
                                             )   AND DECLARATION OF
16                                           )   JO-ANN GOLDMAN IN
                                             )   SUPPORT THEREON
17                                           )
                                             )   DATE: 10/30/09
18                                           )   TIME: 11:00 am
                                             )   CTRM: 201
19                                           )   U.S. Bankruptcy Court
                                             )   1300 Clay Street
20   _____         )   Oakland, California

21

22        The Motion of Wells Fargo Bank, National Association,

23  as trustee for the holders of the First Franklin Mortgage

24  Loan Trust 2006-FF17 Mortgage Pass-Through Certificates,

25  Series 2006-FF17 respectfully shows as follows:

26

27
```

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Sections 157 and 1334.

2. On July 31, 2009, a petition under Chapter 7 of the Bankruptcy Code was filed by the Debtors.

3. PAUL MANSDORF is the Chapter 7 Trustee for this case.

4. Movant is, and at all times herein mentioned was a corporation organized and existing under the laws of the United States.

5. Movant is the beneficiary under a Deed of Trust which secures a Promissory Note ("Note") in the principal sum of $360,000.00, with the Note all due and payable on October 1, 2036. The Note and Deed encumber real property commonly known as:

   27589 Stromberg Ct, Hayward, CA 94545 ("Property")

and legally described as set forth in the Deed of Trust, which is attached to the Declaration of JO-ANN GOLDMAN.

6. The beneficial interest under the Deed of Trust is currently held by Movant. See Declaration of JO-ANN GOLDMAN.

7. There was a default under the terms of the Note and Deed of Trust and on June 17, 2009, Movant caused to be recorded a Notice of Default and Election to Sell.

8. The Property is Debtors' principal residence.

9. As of September 23, 2009, the Debtors have failed to tender 15 of the contractual payments which have fallen due under the Note and Deed of Trust.

10. The total amount due under Movant's Note and Deed of Trust as of September 23, 2009, exclusive of attorneys fees and costs, was approximately $404,780.88. See Statement of Indebtedness attached hereto as Exhibit "1".

11. The Property is also encumbered by additional liens and arrearages which, when added to Movant's lien and arrearages, total approximately $494,071.88.

12. Movant requests the Court take Judicial Notice that the Debtors' Schedule "A" provides the fair market value of the Property is approximately $280,000.00. A true and correct copy of Schedule "A" is attached hereto as Exhibit "2" and incorporated by reference.

13. Movant requests the Court take Judicial Notice that the Debtors' Schedule "D" reflects the Property is encumbered by one additional lien. A true and correct copy of the Debtors' Schedule "D" is attached hereto as Exhibit "3" and incorporated by reference.

14. Movant requests the Court take Judicial Notice that the Debtors' Statement of Intentions provides the Property is to be surrendered. A true and correct copy of the Statement of Intentions is attached hereto as Exhibit "4" and incorporated by reference.

15. Due to the liens, encumbrances and arrearages existing against the Property, and due to current market

trends and costs of sale, the Debtors do not have any equity in the Property.

16. The Debtors have no reasonable prospect for reorganization and the Property is not necessary for an effective reorganization.

17. Movant does not have, and has not been offered, adequate protection for its interest in the Property and the passage of time will result in irreparable injury to Movant's interest in the Property including, but not limited to, loss of interest and opportunity.

18. For all the reasons set forth herein, there is cause for relief from stay including, but not limited to, lack of adequate protection and the Debtors' failure to make the required Deed of Trust payments.

WHEREFORE, Movant prays for the judgment against Respondents as follows:

(1) That the automatic stay be terminated so that Movant may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust and any and all rights after the foreclosure sale, including, but not limited to, the right to consummate foreclosure proceedings on the property and the right to proceed in unlawful detainer;

(2) For reasonable attorneys' fees as a secured claim under 11 U.S.C. Section 506(b);

(3) For the waiver of the 10 day stay pursuant to Bankruptcy Rule 4001(a)(3).

```
 1        (4)   For reasonable attorneys' fees and costs;
 2        (5)   For costs incurred or expended in suit herein; and
 3        (6)   For such other and further relief as the Court
 4   deems just and proper.
 5
 6   Dated: 10/07/09            /s/ Alan Steven Wolf
                                ALAN STEVEN WOLF
 7                              Attorneys for Movant
                                Wells Fargo Bank, National
 8                              Association, as trustee for the
                                holders of the First Franklin
 9                              Mortgage Loan Trust 2006-FF17
                                Mortgage Pass-Through Certificates,
10                              Series 2006-FF17
11
12
...
27
```

# EXHIBIT 1

## MOVANT'S STATEMENT OF INDEBTEDNESS

Debtors:            WENCESLAO
CASE NO.:           09-47016TM
PROPERTY ADDRESS:   27589 Stromberg Ct
                    Hayward, CA  94545

A.  APPROX. PRINCIPAL DUE AS OF September 23, 2009:
1st trust deed Select Portfolio        = $    360,000.00
2nd trust deed National City Bank      = $     89,291.00
                                 TOTAL = $    449,291.00

B.  APPROX. DELINQUENCY ON ABOVE INDEBTEDNESS AS OF 9/23/09:
Movant's first trust deed payments and late charges:

| 4 | payment(s) at | $ | 2,250.00 | = | $ | 9,000.00 |
| 6 | payment(s) at | $ | 2,550.00 | = | $ | 15,300.00 |
| 5 | payment(s) at | $ | 2,250.00 | = | $ | 11,250.00 |

                    Accrued Late Charges  $        337.50
                  Escrow Taxes/Insurance  $      7,633.97
                     Recoverable Balance  $      1,259.41
                                   TOTAL  $     44,780.88

C.  VALUE OF PROPERTY:                        $    280,000.00
D.  LESS TOTAL OF PRINCIPAL AND DELINQUENCY:  $    494,071.88

E.  GROSS EQUITY (D-C)*:                      $   -214,071.88

* Note:  The gross equity, if any, will be further diminished
  by current market conditions and costs of sale.

# EXHIBIT 2

Case: 09-47016    Doc# 11    Filed: 10/07/09    Entered: 10/07/09 13:28:47    Page 8 of 14

In re **Reynaldo G Wenceslao,**
**Sheila M Wenceslao** ,
Debtors

Case No. _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 27589 Strombrtg Ct., Hayward CA** | **Fee simple** | **C** | **280,000.00** | **449,291.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **280,000.00** | (Total of this page) |
| Total > | **280,000.00** |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

# EXHIBIT 3

B6D (Official Form 6D) (12/07)

In re **Reynaldo G Wenceslao,**
      **Sheila M Wenceslao** Case No. _____
_____,
                                       Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx6672** <br><br> **National City Bank** <br> **Attention: Bankruptcy Department** <br> **6750 Miller Road** <br> **Brecksville, OH 44141** | | C | **Opened 9/01/06 Last Active 6/05/08** <br> **Deed of Trust** <br> **Location: 27589 Strombrtg Ct., Hayward CA** <br><br> Value $ 280,000.00 | | | | **89,291.00** | **89,291.00** |
| Account No. **xxxxxxxxx3782** <br><br> **Select Portfolio Svcin** <br> **Po Box 65250** <br> **Salt Lake City, UT 84165** | | C | **Opened 9/01/06 Last Active 6/01/08** <br> **Deed of Trust** <br> **Location: 27589 Strombrtg Ct., Hayward CA** <br><br> Value $ 280,000.00 | | | | **360,000.00** | **80,000.00** |
| Account No. | | | <br><br> Value $ | | | | | |
| Account No. | | | <br><br> Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **449,291.00** | **169,291.00** |
| | | | Total <br> (Report on Summary of Schedules) | | | | **449,291.00** | **169,291.00** |

# EXHIBIT 4

# United States Bankruptcy Court
## Northern District of California

In re: **Reynaldo G Wenceslao**, **Sheila M Wenceslao**
Debtor(s)

Case No.
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** National City Bank | **Describe Property Securing Debt:** Location: 27589 Strombrtg Ct., Hayward CA |

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** Select Portfolio Svcin | **Describe Property Securing Debt:** Location: 27589 Strombrtg Ct., Hayward CA |

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

**Property No. 1**

| **Lessor's Name:** -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES ☐ NO |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

| | | | |
|---|---|---|---|
| Date | **July 10, 2009** | Signature | **/s/ Reynaldo G Wenceslao** |
| | | | **Reynaldo G Wenceslao** |
| | | | Debtor |
| | | | |
| Date | **July 10, 2009** | Signature | **/s/ Sheila M Wenceslao** |
| | | | **Sheila M Wenceslao** |
| | | | Joint Debtor |