Entered on Docket
November 05, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: November 05, 2009



_____
**LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge**

```
Alan Steven Wolf, Bar No. 94665
Daniel Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA  92614
(949) 720-9200 Telephone
(949) 607-0128 Fax
Alan.Wolf@wolffirm.com

Attorneys for Movant
Wells Fargo Bank, National
Association, as trustee for the
holders of the First Franklin
Mortgage Loan Trust 2006-FF17
Mortgage Pass-Through
Certificates, Series 2006-FF17
```

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>REYNALDO G. WENCESLAO and SHEILA M. WENCESLAO<br><br>Debtors. | CASE: 09-47016TM<br>CHAPTER 7<br>REF.: ASW-616<br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br>DATE: 10/30/09<br>TIME: 11:00am<br>CTRM: 201<br>U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, California |

A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF17 Mortgage Pass-Through Certificates, Series 2006-FF17, and having come to be heard before the HONORABLE LESLIE TCHAIKOVSKY, UNITED STATES BANKRUPTCY JUDGE, on October 30, 2009, Movant appearing by its attorneys THE WOLF FIRM, and there being no pleading in

Matter I.D. 6401-5646

opposition nor appearance by the Trustee or the Debtors, and the Court, having read the various pleadings, documents and proceedings, and service having been made, and after due deliberation, does make its order as follows:

IT IS ORDERED that with respect to the real property commonly known as 27589 Stromberg Ct, Hayward, CA 94545, and more fully described as follows:

>SEE DOCUMENT NO. 2006377221 RECORDED IN
>THE OFFICIAL RECORDS OF ALAMEDA COUNTY ON
>10/6/2006

Movant and its agents and successors are relieved of the automatic stay, and said stay is immediately terminated, so that Movant and its agents and successors may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust and any and all rights after foreclosure sale, including, but not limited to, the right to commence and/or consummate foreclosure proceedings on the property and the right to proceed in any action to obtain possession of the property.

IT IS FURTHER ORDERED that the 10 day stay of Bankruptcy Rule 4001(a)(3) is hereby waived.

** END OF ORDER **

```
                    COURT SERVICE LIST

Debtor:
REYNALDO G. WENCESLAO
27589 Stromberg Ct.
Hayward, CA 94545

Debtor:
SHEILA M. WENCESLAO
27589 Stromberg Ct.
Hayward, CA 94545

Chapter 7 Trustee:
PAUL MANSDORF
1563 Solano Avenue, #703
Berkeley, CA  94707

Debtors' Counsel
W. KIRK MOORE
Law Office Of W. Kirk Moore
586 North First St. #202
San Jose, CA 95112

The Wolf Firm
2955 Main Street, Second Floor
Irvine, CA 92614
```

Matter I.D. 6401-5646